IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PELLETRON CORPORATION,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **C.H. ROBINSON WORLDWIDE, INC.,** | : | |
| Defendant/Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **P&A TRANSPORTATION, INC.,** | : | No. 11-6944 |
| Defendant/Third-Party Defendant. | : | |

## ORDER

**AND NOW**, this **31st** day of **July**, **2012**, upon consideration of Defendant C.H. Robinson Worldwide Inc.'s Motion for Summary Judgment, P&A Transportation, Inc.'s Motion for Summary Judgment, and Plaintiff's response thereto, and for the reasons given in the Court's Memorandum dated July 31, 2012, it is hereby **ORDERED** that:

1.  C.H. Robinson Worldwide Inc.'s motion (Document No. 26) is **DENIED**.

2.  P&A Transportation, Inc.'s motion (Document No. 27) is **GRANTED in part** and **DENIED in part** as follows:

    a.  The motion is **GRANTED** with respect to the issue of special damages.

    b.  The motion is **DENIED** with respect to limiting Plaintiff's damages to $10,000 or $100,000.

BY THE COURT:

*/s/ Berle M. Schiller*
_____
**Berle M. Schiller, J.**